# EXHIBIT C

Immune Health        Essential Nutrition        Weight Loss        Sports Performance

Anti-Aging        Heart Health        Family Nutrition        Shop or Join ⌄



**Call 800-830-9596 US | 866-611-3438 International**



# Super Cell®

– Energizes and protects every cell in your body*

– Antioxidant-rich blend supports immune health*

– Powered by whole food extracts




## What's inside

**Beta-Carotene, Vitamins C and E –** Powerful antioxidants help protect the body from free radical damage.*

**Pycnogenol® –** Clinically studied antioxidant protection known for its anti-inflammatory properties and support of cardiovascular health.*

**Powered By Nature –** Grape skin extract, tomato, red wine concentrate, cayenne, citrus peel bioflavonoid complex, grape seed extract, natural mixed carotenoids, parsley leaf, beet fiber, kale leaf, broccoli, cabbage, spinach leaf, cauliflower, Brussels sprouts, cranberry juice, orange juice, apple, apple pectin, citrus pectin, peach, pineapple, and date fruit.

**Magnesium and Potassium Asparates –** Enhance endurance by combating the effects of ammonia that forms in the body during exercise.*

**Pyruvic Acid (from Calcium Pyruvate) –** Starts the Krebs Cycle by metabolizing carbohydrates so the body can produce adenosine triphosphate (ATP) during exercise to increase energy and lessen fatigue.*

**D-Ribose –** Promotes cellular energy in the heart and other muscles by accelerating the production of adenosine triphosphate (ATP).*

View full ingredients



# MemX2®

- Advanced formula helps you think faster, learn easily and remember more.*

- Helps clear away brain fog so you're mentally alert*

- Loved by students, teachers, healthcare professionals, entrepreneurs and seniors

 

## What's inside

**Bacopa Leaf Extract –** Clinically proven to support memory and concentration.*

**Gingko Biloba –** Helps improve blood supply to the brain and supports memory.*

**L-Glutamine –** Used to enhance neurotransmitter activity and mental alertness.*

**Phosphatidylcholine –** Clinical studies show it stimulates the growth of new brain cells and neural connections.*

View full ingredients



# OptimEyes®

- Helps guard against harmful UV rays, computer glare and eye strain*
- Nutritional support for night vision*
- Formulated by a leading ophthalmologist to help you see your best*




## What's inside

**Lutein and Zeaxanthin –** Essential carotenoids support retina and macula health for detailed vision. Help filter damaging UV light.*

**Bilberry –** Antioxidant flavonoids help protect healthy blood vessels in the retina and have been used to help improve night vision. Anthocyanosides provide anti-inflammatory properties. Also a source of antimicrobial tannins that inhibit the growth of harmful microorganisms.*

**Selenium –** Supports the proper function of muscles behind and around the eyeball.*

**Vitamins A, C and E –** Help neutralize oxidative damage from free radicals.*

View full ingredients



# Joint Complete®

- Helps keep joints comfortable and ready for action*
- Inspires running, dancing and joyful movement*
- Helps you do more of what you love*




## What's inside

**Glucosamine and Chondroitin –** Nutritional building blocks for joints and connective tissue that also help lubricate and cushion joints.*

**Avocado and Soy Unsaponifiables (ASU) –** Phytonutrients clinically proven to benefit joint health.*

**Boswellia and White Willow Bark –** Provide soothing relief for tired, aching joints.*

View full ingredients

*These statements have not been evaluated by the U.S. Food and Drug Administration.
This product is not intended to treat, cure, prevent or mitigate disease.

**IMPORTANT LINKS**   **PRICE LISTS**

Contact Us
About Body Wise
Nutrition Blog
Body Wise Difference
Body Wise Opportunity
Privacy Policy

Certificate of Quality
US Price List
Canadian Price List

**100% SATISFACTION GUARANTEED**

Our goal is your absolute satisfaction. You can return any supplement within 30 days for your money back if it fails to impress you.

Copyright 2015 Body Wise International | All Rights Reserved