# EXHIBIT D

All asu supplement

**Black Friday deals all week**

Deliver to Julie
Baltimore 21202

Buy Again Browsing History Julie's Amazon.com EN Hello, Julie Account & Lists Orders Prime 0 Cart

**Health & Personal Care** Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness

amazonfresh $15 off your first order of $50+ Shop now ›

Health & Household › Vitamins & Dietary Supplements › Supplements › Chondroitin & Glucosamine › Combinations

# Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain*

by Body Wise International

Be the first to review this item

Price: $48.00 + $7 shipping
**Note:** Not eligible for Amazon Prime.

In stock. Ships from and sold by PSN Sports Nutrition.

**Get it as soon as Nov. 28 - Dec. 3** when you choose **Standard Shipping** at checkout.

Deliver to Julie - Baltimore 21202

Qty: 1

Turn on 1-click ordering

Add to Cart

Buy Now

Add to List

Share

*Probiotics to nourish a healthy microbiome*

Garden of Life Dr. Formulated Once Daily Women's Probiotics 50 Billion CFU, 30 S...

1,270

$24.82 prime

Ad feedback

Free shipping
on all Prime Pantry orders over $35
prime pantry

## About the product

- Hardworking support and relief for painful knees, aching backs and sore shoulders.*
- Glucosamine and Chondroitin – Nutritional building blocks for joints and connective tissue. Also help lubricate and cushion joints.*
- Avocado/Soy Unsaponifiables (ASU) – Phytonutrients clinically proven to benefit joint health.*
- Boswellia and White Willow Bark – Provide soothing relief for tired, aching joints.*

Report incorrect product information

## Sponsored products related to this item (What's this?)

Page 1 of 9



11/20/2018     Amazon.com: Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain: Health & Personal Care

Case 8:18-cv-02076-DOC-KES Document 1-4 Filed 11/20/18 Page 3 of 7 Page ID #:69







| Arthrocen 300 Joint Health Supplement, Non-GMO, Avocado soy Unsaponifiable, 300Mg, … | PL360 Advanced Hip & Joint Support for Dogs, Arthogen Plus MSM & HA, 360ct | Vitamin D3 5000 IU - USDA Certified Organic Avocado Oil, 90 Mini Softgels, Non-GMO,… | Turmeric Curcumin with Bioperine Joint Pain Relief - Anti-Inflammatory, Antioxidant… | Swanson Avocado Soy AvoVida Maximum Strength ASU Suppleme for Joints 300 mg 60 Ca. |
|---|---|---|---|---|
| 166 | 32 | 78 | 2482 | 77 |
| $34.50 | $70.95 | $22.74 | $21.97 | $13.60 |

Ad feedback

Customers who viewed this item also viewed



Arthrocen 300 Joint Health Supplement, Non-GMO, Avocado soy Unsaponifiable, 300Mg,…
166
$34.50

Customers who bought this item also bought



Right Choice AM (90 Tablets) and Right Choice PM (90 Tablets).
15
$38.65

Special offers and product promotions

### Save 20% on Hallmark Giftwrap this holiday season when you join Amazon Family

 Share your kid's age or arrival date

The information you share will be treated in accordance with our Privacy Notice.

 Get 20% off Hallmark giftwrap for the holidays

After you click 'Submit' you'll be taken to a wide selection of Hallmark products to choose from. 20% off coupons for each item are visible on the product pages!

 Access other exclusive benefits for parents

Explore other benefits on www.amazon.com/family. We'll periodically email you exclusive discounts, parenting tips, and much more - handpicked just for your family.

**Boy or girl**   **Arrival date or birthdate**                              **Child's name (optional)**

Select    Month    Day    Year    [          ]    Submit

11/20/2018 Amazon.com: Joint Complete, Supports Flexibility + Joint Health, Helps Relieve Joint Pain: Health & Personal Care

Case 8:18-cv-02076-DOC-KES Document 1-4 Filed 11/20/18 Page 4 of 7 Page ID #:70

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

Are your joints ready for action? Get the job done with Joint Complete. "I cried tears of joy," one customer tells us. "For the first time in years I was walking without pain."* Love it or your money back. Simply return the product within 30 days.

## Product details

**Shipping Information:** View shipping rates and policies
**ASIN:** B07BNXJWKK
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #705,422 in Health & Household (See Top 100 in Health & Household)
  #827 in Health & Household > Vitamins & Dietary Supplements > Supplements > Chondroitin & Glucosamine > **Combinations**

**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

Related Video Shorts (0)  Upload your video



**Be the first video**
Your name here

## Important information

**Legal Disclaimer**
*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Sponsored products related to this item (What's this?)



Superior Labs Boswellia Extract - Pure NonGMO Boswellic 65% Acids w/Bioperine Super…
1590
$24.95

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

### Review this product

Share your thoughts with other customers

Write a customer review



Ad feedback

## Customers also shopped for



Glucosamine Chondroitin Sulfate MSM Curcumin - Joint Supplement with Hyaluronic Acid for Extra…

2,201

#1 Best Seller in MSM Nutritional Supplements

$25.96

Ad feedback

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants |

11/20/2018 Amazon.com: Joint Complete, Supports Flexibility + Joint Health, Helps Relieve Joint Pain: Health & Personal Care

Case 8:18-cv-02076-DOC-KES Document 1-4 Filed 11/20/18 Page 7 of 7 Page ID #:73

| | | | | | | |
|---|---|---|---|---|---|---|
| Everything For<br>Your Business | Groceries & More<br>Right To Your Door | Ship Orders<br>Internationally | Handpicked Pros<br>Happiness Guarantee | Digital Educational<br>Resources | Fun stories for<br>kids on the go | Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>Ultrafast Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates