# EXHIBIT E



### Joint Complete®

- Helps keep joints comfortable and ready for action*
- Inspires running, dancing and joyful movement*
- Helps you do more of what you love*

Ingredients | Supplement Facts

## SUPPLEMENT FACTS

Serving Size 3 Tablets
Servings Per Container 30

| | Amount per serving | %DV |
|---|---|---|
| Potassium (from Glucosamine Sulfate Potassium Chloride) | 175 mg | 5% |
| Glucosamine Sulfate | 1500 mg | † |
| Methylsulfonylmethane (MSM) | 500 mg | † |
| AvoVida™ (Avocado/Soy Unsaponifiables) | 300 mg | † |
| Chondroitin Sulfate USP | 150 mg | † |
| Bromelain (2400 GDU/GM) | 100 mg | † |
| Boswellin® (*Boswellia serrata* Resin Extract, 20% Boswellic Acid) | 75 mg | † |
| L-Proline USP/FCC | 50 mg | † |
| White Willow Bark Extract (15% Salicin) | 25 mg | † |
| Hyaluronic Acid | 15 mg | † |

†Daily Value not established.

Retrieved from http://bodywise.com/anti-aging/