# EXHIBIT F



September 10, 2018

Body Wise International, Inc.
17101 Armstrong Ave Suite 101
Irvine, CA 92614

| VIA EMAIL |
| --- |
| ORIGINAL VIA OVERNIGHT DELIVERY |

2802 Dow Ave
Tustin, CA 92780

services@bodywise.com

**RE:  Joint Complete Product**

Dear Sir or Madam:

As General Counsel for Nutramax Laboratories, Inc. ("Nutramax"), I am contacting you regarding certain avocado soybean unsaponifiable ("ASU") products being sold or otherwise distributed by Body Wise International, Inc. ("Body Wise") under the name Joint Complete.

Nutramax is the owner of the following patents:

**(1) U.S. Patent No. 6,797,289** (the "'289 Patent"), **(2) U.S. Patent No. 8,753,697** (the "'697 Patent"), and **(3) Canadian Patent No. 2,333,755** (the "'755 Patent"), each entitled "Use of anabolic agents, anti-catabolic agents, antioxidant agents and analgesics for protection, treatment and repair of connective tissues in humans and animals." Copies of these patents are attached as ***Exhibit A.***

According to the product specifications shown in ***Exhibits B and C***, the Joint Complete product contains glucosamine, chondroitin, and avocado/soybean unsaponifiables.  The patents owned by Nutramax contain claims that cover these combinations.

In particular, at least the following claims of the '289 Patent cover the identified combinations:

1.  A composition for the treatment, repair or prevention of damage to connective tissue comprising: a synergistic combination of an aminosugar and avocado/soybean unsaponifiables.

2.  The composition of claim 1, wherein the aminosugar is selected from the group consisting of glucosamine, glucosamine salts, and mixtures thereof.

Body Wise International, Inc.
September 10, 2018
Page 2

3.   The composition of claim 2, wherein the glucosamine salt is selected from the group consisting of glucosamine hydrochloride, glucosamine sulfate, N-acetylglucosamine and salts thereof.

4.   The composition of claim 1, wherein the synergistic combination is administered orally, sublingually, nasally, gutturally, rectally, transdermally, or parenterally.

Similarly, at least the following claims of the '697 Patent cover the identified combinations:

1.   A composition comprising avocado/soybean unsaponifiables (ASU) and a glycosaminoglycan, wherein the ASU and the glycosaminoglycan are present in a synergistically effective amount.

4.   The composition according to claim 1, wherein the glycosaminoglycan is chondroitin or a salt thereof, hyaluronic acid, or a mixture of these.

5.   The composition according to claim 1, wherein the glycosaminoglycan is chondroitin sulfate.

Further, at least the following claims of the '755 Patent cover the identified combinations:

1.   A composition for the treatment, repair or prevention of damage to connective tissue comprising: a synergistic combination of an aminosugar and avocado soybean unsaponifiables.

2.   The composition of claim 1, wherein the aminosugar is glucosamine, glucosamine salts, or a mixture thereof.

3.   The composition of claim 2, wherein the glucosamine salt is glucosamine hydrochloride, glucosamine sulfate, N-acetylglucosamine or a salt thereof.

4.   The composition of claim 1, wherein the synergistic combination is in sublingually, nasally, gutturally, rectally, transdermally, or parenterally administrable form.

We wish to amicably resolve this matter.  To this end, please contact me by ***September 17, 2018***, and be prepared to provide the following:

1)   Identification of the manufacturer of the aforementioned products and the ingredient suppliers; and
2)   Disclosure of all information regarding manufacture and/or sale or distribution of any products containing ASU by Body Wise, including an accounting of the

Body Wise International, Inc.
September 10, 2018
Page 3

number of bottles sold, the countries in which the products are made and sold, and identification of retailers selling the product.

This letter does not constitute an exhaustive statement of Nutramax's legal position. Nothing contained in this letter is to be deemed or construed to be a waiver or relinquishment of any rights and remedies available to Nutramax, all of which are hereby expressly reserved.

Very truly yours,

Slaven Jesic
General Counsel

# Exhibit A



US006797289B2

(12) **United States Patent**
    **Henderson et al.**

(10) Patent No.: **US 6,797,289 B2**
(45) Date of Patent: **Sep. 28, 2004**

(54) **USE OF ANABOLIC AGENTS, ANTI-CATABOLIC AGENTS, ANTIOXIDANT AGENTS, AND ANALGESICS FOR PROTECTION, TREATMENT AND REPAIR OF CONNECTIVE TISSUES IN HUMANS AND ANIMALS**

(75) Inventors: **Todd R. Henderson**, Jarrettsville, MD (US); **Tarek Hammad**, Baltimore, MD (US); **Medhat Soliman**, Minya (EG); **Barbara Corson**, Fawn Grove, PA (US); **Robert Henderson**, Baldwin, MD (US)

(73) Assignee: **Nutramax Laboratories, Inc.**, Edgewood, MD (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 48 days.

(21) Appl. No.: **10/192,318**

(22) Filed: **Jul. 11, 2002**

(65) **Prior Publication Data**

US 2003/0129261 A1 Jul. 10, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/274,881, filed on Mar. 23, 1999, and a continuation-in-part of application No. 09/249,335, filed on Feb. 12, 1999, now Pat. No. 6,451,771.
(60) Provisional application No. 60/088,205, filed on Jun. 5, 1998, and provisional application No. 60/074,594, filed on Feb. 13, 1998.

(51) Int. Cl.[7] .......................... **A61K 35/78**; A61K 31/70
(52) U.S. Cl. ........................... **424/757**; 514/62; 514/23; 514/42
(58) Field of Search ............................ 514/62, 23, 42; 424/757

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,881,173 A | 4/1959 | Wenner | .................. 260/294.7 |
| 3,624,114 A | 11/1971 | Morelle | .................. 260/402.5 |
| 3,882,228 A | 5/1975 | Boncey et al. | ................ 424/35 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0 609 001 A2 | 3/1994 | .......... A61K/31/23 |
|---|---|---|---|
| GB | 2 223 943 A | 4/1990 | .......... A61K/31/20 |

(List continued on next page.)

OTHER PUBLICATIONS

Piperno M., Reboul P., Helio Le Graverand M. P., et al; Glucosamine sulfate modulates dysregulated activities of human osteoarthritic chondrocytes in vitro; Osteoarthritis and Cartilage Journal of the OsteoArthritis Research Society International; (2000) 8, 207–212.

(List continued on next page.)

*Primary Examiner*—Shengjun Wang
(74) *Attorney, Agent, or Firm*—Covington & Burling

(57) **ABSTRACT**

The present invention relates to compositions for the protection, treatment and repair of connective tissues in humans and animals comprising any or all of anabolic, anti-catabolic, anti-oxidant and analgesic agents, including aminosugars, S-adenosylmethionine, arachadonic acid, GAGs, including pentosan, collagen type II, tetracyclines or tetracycline-like compounds, diacerin, super oxide dismutase, L-ergothionine, one or more avocado/soybean unsaponifiables, and an analgesic, e.g., acetaminophen, and to methods of treating humans and animals by administration of these novel compositions to humans and animals in need thereof.

**4 Claims, 5 Drawing Sheets**

ANABOLISM

THE SYNTHESIS OF GLYCOSAMINOGLYCANS FROM GLUCOSAMINE



US008753697B2

(12) **United States Patent**
Henderson et al.

(10) **Patent No.:** **US 8,753,697 B2**
(45) **Date of Patent:** *Jun. 17, 2014**

(54) **USE OF ANABOLIC AGENTS, ANTI-CATABOLIC AGENTS, ANTIOXIDANT AGENTS, AND ANALGESICS FOR PROTECTION, TREATMENT AND REPAIR OF CONNECTIVE TISSUES IN HUMANS AND ANIMALS**

(75) Inventors: **Todd R. Henderson**, Jarrettsville, MD (US); **Tarek Hammad**, Baltimore, MD (US); **Medhat Soliman**, Minya (EG); **Barbara Corson**, Fawn Grove, PA (US); **Louis Lippiello**, Scottsdale, AR (US); **Robert Henderson**, Baldwin, MD (US)

(73) Assignee: **Nutramax Laboratories, Inc.**, Edgewood, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 753 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/566,449**

(22) Filed: **Sep. 24, 2009**

(65) **Prior Publication Data**

US 2010/0105632 A1 Apr. 29, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 12/230,001, filed on Aug. 21, 2008, which is a continuation of application

(Continued)

(51) **Int. Cl.**
*A61K 31/737* (2006.01)
*A61K 31/70* (2006.01)
*A61K 36/48* (2006.01)
(52) **U.S. Cl.**
USPC ................................ **424/757**; 514/55; 514/42

(58) **Field of Classification Search**
USPC .................. 514/23, 42, 62, 55, 457; 424/757
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,808,576 A * 2/1989 Schultz et al. .................. 514/54
5,587,363 A * 12/1996 Henderson ...................... 514/54
6,797,289 B2* 9/2004 Henderson et al. ........... 424/757

FOREIGN PATENT DOCUMENTS

WO WO 94/22453 10/1994

OTHER PUBLICATIONS

M.T. Khayyal, "The Possible 'Chondroprotective' Effect of the Unsaponifiable Constituents of Avocado and Soya In Vivo," Drugs Exp Clin Res, 1998, vol. 24, No. 1, pp. 41-50.
Francis Blotman et al., "Efficacité et Tolérance des Insaponifiables D'Avocat/Soja Dans le Traitement de la Gonarthrose et de la Coxarthrose Symptomatiques," Revue du Rheumatisme Edition Francaise, 1997, vol. 64, No. 12, pp. 944-954 (summary in English).

(Continued)

*Primary Examiner* — Shengjun Wang
(74) *Attorney, Agent, or Firm* — Arent Fox LLP

(57) **ABSTRACT**

The present invention relates to compositions for the protection, treatment and repair of connective tissues in humans and animals comprising any or all of anabolic, anti-catabolic, anti-oxidant and analgesic agents, including aminosugars, S-adenosylmethionine, arachadonic acid, GAGs, including pentosan, collagen type II, tetracyclines or tetracycline-like compounds, diacerin, super oxide dismutase, L-ergothionine, one or more avocado/soybean unsaponifiables, and an analgesic, e.g., acetaminophen, and to methods of treating humans and animals by administration of these novel compositions to humans and animals in need thereof.

21 Claims, 5 Drawing Sheets



THE SYNTHESIS OF GLYCOSAMINOGLYCANS FROM GLUCOSAMINE

Office de la Propriété
Intellectuelle
du Canada

Un organisme
d'Industrie Canada

Canadian
Intellectual Property
Office

An agency of
Industry Canada

CA 2333755 C 2012/11/27

(11)(21) **2 333 755**

(12) **BREVET CANADIEN**
**CANADIAN PATENT**

(13) **C**

(86) Date de dépôt PCT/PCT Filing Date: 1999/06/03

(87) Date publication PCT/PCT Publication Date: 1999/12/09

(45) Date de délivrance/Issue Date: 2012/11/27

(85) Entrée phase nationale/National Entry: 2000/11/30

(86) N° demande PCT/PCT Application No.: US 1999/012152

(87) N° publication PCT/PCT Publication No.: 1999/062459

(30) Priorités/Priorities: 1998/06/05 (US60/088,205);
1999/02/12 (US09/249,335); 1999/03/23 (US09/274,881)

(51) Cl.Int./Int.Cl. *A61K 38/44* (2006.01),
*A61K 31/135* (2006.01), *A61K 31/167* (2006.01),
*A61K 31/202* (2006.01), *A61K 31/22* (2006.01),
*A61K 31/401* (2006.01), *A61K 31/417* (2006.01),
*A61K 31/65* (2006.01), *A61K 31/7004* (2006.01),
*A61K 31/7008* (2006.01), *A61K 31/7076* (2006.01),
*A61K 31/726* (2006.01), ...

(72) Inventeurs/Inventors:
HENDERSON, TODD R., US;
HAMMAD, TAREK, US;
SOLIMAN, MEDHAT, EG;
CORSON, BARBARA, US;
LIPIELLO, LOUIS, US; ...

(54) Titre : UTILISATION D'AGENTS ANABOLISANTS, D'ANTI-CATABOLIQUES, D'ANTIOXYDANTS ET
D'ANALGESIQUES AUX FINS DE LA PROTECTION, DU TRAITEMENT ET DE LA RESTAURATION DU TISSU
CONJONCTIF CHEZ L'HOMME ET L'ANIMAL

(54) Title:  THE USE OF ANABOLIC AGENTS, ANTI-CATABOLIC AGENTS, ANTIOXIDANT AGENTS, AND
ANALGESICS FOR PROTECTION, TREATMENT AND REPAIR OF CONNECTIVE TISSUES IN HUMANS AND
ANIMALS

(57) Abrégé/Abstract:
The present invention relates to compositions for the protection, treatment and repair of connective tissues in humans and animals
comprising any or all of anabolic, anti-catabolic, anti-oxidant and analgesic agents, including aminosugars, S-adenosylmethionine,
arachadonic acid, GAGs, including pentosan, collagen type II, tetracyclines or tetracycline-like compounds, diacerin, super oxide
dismutase, L-ergothionine, one or more avocado/soybean unsaponifiables, hydroxyproline and an analgesic, e.g., acetaminophen,
and to methods of treating humans and animals by administration of these novel compositions to humans and animals in need
thereof.




# Exhibit B

9/10/2018          Amazon.com: Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain*: Health & Personal Care





Health & Personal Care   Household Supplies   Vitamins & Diet Supplements   Baby & Child Care   Health Care   Sports Nutrition   Sexual Wellness

INDIE BEAUTY ▸ discover something new

Health & Household › Vitamins & Dietary Supplements › Supplements › Chondroitin & Glucosamine › Combinations

## Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain* by Body Wise International

Be the first to review this item



Price: **$52.00** + $7.00 shipping

**In stock.** Usually ships within 3 to 4 days. Ships from and sold by PSN Sports Nutrition.



◎ Deliver to Slaven - Lancaster 29720

Qty: 1 ⌄

[ 👍 Buy now with 1-Click® ]

[ 🛒 Add to Cart ]

[ Add to List ]

Share ✉ 🔵 🔵 🔵



*Probiotics to nourish a healthy microbiome*

Garden of Life Dr. Formulated Once Daily Women's Probiotics 50 Billion CFU, 30 S...
1,208
**$29.39** ✓prime

Ad feedback

**$1 off select gummies by Amazon**

Melatonin      Prenatal      Fish Oil      Kids'

**$10.99**     **$9.99**     **$9.99**     Multivitamin
                                          **$10.99**

### About the product

- Hardworking support and relief for painful knees, aching backs and sore shoulders.*
- Glucosamine and Chondroitin – Nutritional building blocks for joints and connective tissue. Also help lubricate and cushion joints.*
- Avocado/Soy Unsaponifiables (ASU) – Phytonutrients clinically proven to benefit joint health.*
- Boswellia and White Willow Bark – Provide soothing relief for tired, aching joints.*

Report incorrect product information 💬

## Sponsored products related to this item (What's this?)

Page 1 of 5

 ‹                    › 

9/10/2018        Amazon.com: Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain*: Health & Personal Care

  

Arthrocen 300, Non-GMO, Joint Health Supplement, Avocado soy Unsaponifiable, 300Mg,...
★★★★☆ 156
$34.50 ✓prime

Turmeric Curcumin with Bioperine Joint Pain Relief - Anti-Inflammatory, Antioxidant...
★★★★½ 2382
$21.97 ✓prime

Extra Strengt 1200mg Nitr Supplement Growth, Vasc
★★★★½
$18.95 ✓prim

Ad feedback 💬

## Customers also shopped for



Glucosamine Sulfate Chondroitin MSM Curcumin - Extra Strength Joint Pain Relief...
★★★★½ 2,117
#1 Best Seller in MSM Nutritional Supplements
$25.97 ✓prime

## Special offers and product promotions

- Your cost could be **$42.00 instead of $52.00**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

Are your joints ready for action? Get the job done with Joint Complete. "I cried tears of joy," one customer tells us. "For the first time in years I was walking without pain."* Love it or your money back. Simply return the product within 30 days.

## Product details

**Shipping Information:** View shipping rates and policies

**ASIN:** B07BNXJWKK

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #809,422 in Health & Household (See Top 100 in Health & Household)
    #799 in Health & Household > Vitamins & Dietary Supplements > Supplements > Chondroitin & Glucosamine > **Combinations**

**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price?**

## Related Video Shorts (0)   Upload your video



**Be the first video**
Your name here

## Important information

**Legal Disclaimer**
*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Sponsored products related to this item (What's this?)



Arthrocen 300, Non-GMO, Joint Health Supplement, Avocado soy Unsaponifiable, 300Mg,...
⭐⭐⭐⭐☆ 156
$34.50 ✓prime

Ad feedback 💬



Ad feedback 💬

## Customer Questions & Answers

See questions and answers

9/10/2018                     Amazon.com: Joint Complete | Supports Flexibility + Joint Health | Helps Relieve Joint Pain*: Health & Personal Care

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review



Ad feedback

694    Shop now

Ad feedback

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



Back to top

### Get to Know Us
Careers
Blog
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon        English        United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

| Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview | East Dane |
|---|---|---|---|---|---|---|
| Download Audiobooks | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Junglee.com | Kindle Direct Publishing | Prime Now |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India | Indie Digital Publishing Made Easy | Ultrafast Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | TenMarks.com | Amazon Warehouse | Whole Foods Market | Withoutabox |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Math Activities for Kids & Schools | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Submit to Film Festivals |
| | Woot! | Zappos | Souq.com | Subscribe with Amazon | | |
| | Deals and Shenanigans | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit C

Immune Health      Essential Nutrition      Weight Loss      Sports Performance

Anti-Aging      Heart Health      Family Nutrition      Shop or Join ⌄



**Customer Service: 800.830.9596**



# Super Cell®

- Energizes and protects every cell in your body*

- Antioxidant-rich blend supports immune health*

- Powered by whole food extracts


Ingredients


Supplement Facts

# What's inside

**Beta-Carotene, Vitamins C and E –** Powerful antioxidants help protect the body from free radical damage.*

**Pycnogenol® –** Clinically studied antioxidant protection known for its anti-inflammatory properties and support of cardiovascular health.*

**Powered By Nature –** Grape skin extract, tomato, red wine concentrate, cayenne, citrus peel bioflavonoid complex, grape seed extract, natural mixed carotenoids, parsley leaf, beet fiber, kale leaf, broccoli, cabbage, spinach leaf, cauliflower, Brussels sprouts, cranberry juice, orange juice, apple, apple pectin, citrus pectin, peach, pineapple, and date fruit.

**Magnesium and Potassium Asparates –** Enhance endurance by combating the effects of ammonia that forms in the body during exercise.*

**Pyruvic Acid (from Calcium Pyruvate) –** Starts the Krebs Cycle by metabolizing carbohydrates so the body can produce adenosine triphosphate (ATP) during exercise to increase energy and lessen fatigue.*

**D-Ribose –** Promotes cellular energy in the heart and other muscles by accelerating the production of adenosine triphosphate (ATP).*

View full ingredients





# MemX²®

- Advanced formula helps you think faster, learn easily and remember more.*

- Helps clear away brain fog so you're mentally alert*

- Loved by students, teachers, healthcare professionals, entrepreneurs and seniors




Ingredients


Supplement Facts

# What's inside

**Bacopa Leaf Extract –** Clinically proven to support memory and concentration.*

**Gingko Biloba –** Helps improve blood supply to the brain and supports memory.*

**L-Glutamine –** Used to enhance neurotransmitter activity and mental alertness.*

**Phosphatidylcholine –** Clinical studies show it stimulates the growth of new brain cells and neural connections.*

View full ingredients



# OptimEyes®

- Helps guard against harmful UV rays, computer glare and eye strain*

- Nutritional support for night vision*

- Formulated by a leading ophthalmologist to help you see your best*



Ingredients



Supplement Facts

# What's inside

**Lutein and Zeaxanthin –** Essential carotenoids support retina and macula health for detailed vision. Help filter damaging UV light.*

**Bilberry –** Antioxidant flavonoids help protect healthy blood vessels in the retina and have been used to help improve night vision. Anthocyanosides provide anti-inflammatory properties. Also a source of antimicrobial tannins that inhibit the growth of harmful microorganisms.*

**Selenium –** Supports the proper function of muscles behind and around the eyeball.*

**Vitamins A, C and E –** Help neutralize oxidative damage from free radicals.*

View full ingredients





# Joint Complete®

- Helps keep joints comfortable and ready for action*

- Inspires running, dancing and joyful movement*

- Helps you do more of what you love*


Ingredients


Supplement Facts

# What's inside

**Glucosamine and Chondroitin –** Nutritional building blocks for joints and connective tissue that also help lubricate and cushion joints.*

**Avocado and Soy Unsaponifiables (ASU) –** Phytonutrients clinically proven to benefit joint health.*

**Boswellia and White Willow Bark –** Provide soothing relief for tired, aching joints.*

View full ingredients

*These statements have not been evaluated by the U.S. Food and Drug Administration.
This product is not intended to treat, cure, prevent or mitigate disease.

IMPORTANT LINKS      PRICE LISTS



Contact Us
About Body Wise
Nutrition Blog
Body Wise Difference
Body Wise Opportunity
Privacy Policy

Certificate of Quality
US Price List
Canadian Price List

**100% SATISFACTION GUARANTEED**

Our goal is your absolute satisfaction. You can return any supplement within 30 days for your money back if it fails to impress you.

Copyright 2015 Body Wise International | All Rights Reserved

