# EXHIBIT G



October 4, 2018

Body Wise International, Inc.
17101 Armstrong Ave Suite 101
Irvine, CA 92614

| VIA EMAIL |
|---|
| ORIGINAL VIA OVERNIGHT DELIVERY |

2802 Dow Ave
Tustin, CA 92780

services@bodywise.com

**RE:  Joint Complete Product**

Dear Sir or Madam:

I write in a follow up to my September 10, 2018 letter to again contact you regarding certain avocado soybean unsaponifiable ("ASU") products being sold or otherwise distributed by Body Wise International, Inc. ("Body Wise") under the name Joint Complete.

As I stated in my April 12 letter, Nutramax Laboratories, Inc. ("Nutramax"), is the owner of the  **U.S. Patent Nos. 6,797,289** (the "'289 Patent"), **U.S. Patent No. 8,753,697** (the "'697 Patent"), and **(3) Canadian Patent No. 2,333,755** (the "'755 Patent"), each entitled "Use of anabolic agents, anti-catabolic agents, antioxidant agents and analgesics for protection, treatment and repair of connective tissues in humans and animals."  Copies of these patents were provided in my previous correspondence.  The patents owned by Nutramax contain claims that cover the combinations of ingredients in your Joint Complete product, namely glucosamine, chondroitin, and ASU.  As such, any manufacture, offer for sale, or sale of the Joint Complete product infringes claims of the '289, '697, or '755 Patent.

Moreover, given Body Wise's awareness of Nutramax's patents, Body Wise's actions going forward plainly establish that the infringement of Nutramax's patents is and will be willful.  As such, Nutramax will seek enhanced damages and attorneys' fees to enforce its rights.  Patent infringement is a serious matter and Nutramax expects third parties to respect its patent rights.  In addition, Nutramax vigorously and routinely defends such rights from infringement, as evidenced by its successful record to date.

Body Wise International, Inc.
October 4, 2018
Page 2

Despite the foregoing, we are currently willing to amicably resolve this matter. However, you must contact me by ***October 11, 2018***, and be prepared to provide the following:

1) Identification of the manufacturer of the aforementioned products and the ingredient suppliers; and
2) Disclosure of all information regarding manufacture and/or sale of any products containing ASU, including an accounting of the number of bottles sold, the countries in which the products are made and sold, and identification of retailers selling the product.

This letter does not constitute an exhaustive statement of Nutramax's legal position. Nothing contained in this letter is to be deemed or construed to be a waiver or relinquishment of any rights and remedies available to Nutramax, all of which are hereby expressly reserved.

Very truly yours,

Slaven Jesic
General Counsel