Brenton R. Babcock (SBN 162,120)
Brent.Babcock@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800; Facsimile: (714) 557-3347

John W. Cox, Ph.D. (*pro hac vice*)
John.Cox@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7000; Facsimile: (404) 879-2699

*Attorneys for Plaintiffs*
NUTRAMAX LABORATORIES, INC. and
NUTRAMAX LABORATORIES CONSUMER CARE, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES CONSUMER CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BODY WISE INTERNATIONAL, INC., <br><br> Defendant. | Case No. 8:18-cv-02076 <br><br> **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BODY WISE INTERNATIONAL, INC.** <br><br> Concurrently filed with: <br> 1. Memorandum of Points and Authorities; <br> 2. Declaration of John W. Cox; <br> 3. Declaration of Grace A. Cornblatt <br> 4. Proposed Order <br><br> Judge: Hon. David O. Carter <br> Motion Date: March 4, 2019 |

**Case 8:18-cv-02076-DOC-KES   Document 21   Filed 01/29/19   Page 2 of 4   Page ID #:156**

## NOTICE OF MOTION AND MOTION

NOTICE IS HEREBY GIVEN that on March 4, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Hon. David O. Carter, in Courtroom 9D of the above-entitled Court, located at Ronald Regan Federal Building, U.S. Courthouse, 411 West Fourth Street, Sana Ana, California, Plaintiffs Nutramax Laboratories, Inc. ("Nutramax Labs") and Nutramax Laboratories Consumer Care, Inc. ("Nutramax Consumer Care") (collectively, "Nutramax") will and hereby does move the Court for an order entering a default judgment against Defendant Body Wise International, Inc. ("Body Wise") pursuant to Federal Rule of Civil Procedure 55 on its claims for patent infringement in violation of 35 U.S.C. § 271, et seq.  With the request for a default judgment Nutramax further requests an order for accounting on Body Wise's sales to determine damages, injunctive relief, and attorney fees and costs.

This motion is made following the attempted conference with Body Wise pursuant to Local Rule 7-3 which took place on January 3, 2019; however, Body Wise has ceased communicating with Nutramax. Cox Dec. ¶¶ 10-11.

This Motion is based on this Notice of Motion and Motion, the Declarations of John W. Cox and Grace A. Cornblatt, the Memorandum of Points and Authorities in support of this Motion for Default Judgment, and the

-1-

pleadings, files, and other matters that may be presented at the hearing on this motion.

Dated: January 29, 2019             Respectfully submitted,

By: */s/ Brenton R. Babcock*
Brenton R. Babcock
Brent.Babcock@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 557-3800 (telephone)
(714) 557-3347 (facsimile)

John W. Cox, Ph.D. (*pro hac vice*)
John.Cox@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
(404) 888-7000 (telephone)
(404) 879-2699 (facsimile)

*Attorneys for Plaintiffs*
Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc.

# **CERTIFICATE OF SERVICE**

On this date, January 29, 2019, the undersigned will serve upon Defendant via electronic mail the filed copy of:

**Notice of Motion and Motion for Default Judgment Against Defendant Body Wise International, Inc.**

By: */s/ Brenton R. Babcock*
Brenton R. Babcock

*Attorneys for Plaintiffs*
Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc.