Brenton R. Babcock (SBN 162,120)
Brent.Babcock@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800; Facsimile: (714) 557-3347

John W. Cox, Ph.D. (*pro hac vice*)
John.Cox@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7000; Facsimile: (404) 879-2699

*Attorneys for Plaintiffs*
NUTRAMAX LABORATORIES, INC. and
NUTRAMAX LABORATORIES CONSUMER CARE, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES CONSUMER CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BODY WISE INTERNATIONAL, INC., <br><br> Defendant. | Case No. 8:18-cv-02076 <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BODY WISE INTERNATIONAL, INC.** <br><br> Concurrently filed with: <br> 1. Notice of Motion and Motion for Default Judgment; <br> 2. Memorandum of Points and Authorities; <br> 3. Declaration of John W. Cox; <br> 4. Declaration of Grace A. Cornblatt <br><br> Judge: Hon. David O. Carter <br> Motion Date: March 4, 2019 |

This action came on for hearing before the Court, on March 4, 2019, at 10:00 a.m., the Honorable David O. Carter, U.S. District Court Judge Presiding, on Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc.'s (collectively, "Nutramax") Motion for Default Judgment Against Defendant Body Wise International, Inc. ("Body Wise"), and the evidence presented having been fully considered, the issues having been duly heard, a decision having been duly rendered, and there being no just reason for delay:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

Judgment shall be entered for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc.'s (collectively, "Nutramax") and against Defendant Body Wise International, Inc. ("Body Wise") as follows:

1. Body Wise has infringed upon Nutramax's valid and enforceable patent rights;

2. Body Wise's infringement of Nutramax's valid and enforceable patent rights is willful, with the knowledge that Body Wise's actions constitute infringement;

3. Body Wise and its officers, agents, and employees, and all those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby PERMANENTLY ENJOINED from directly or indirectly infringing:

    a. Nutramax's United States Patent No. 6,797,289 ("the '289 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale and/or importing products which are covered by the claim of the '289 Patent, including but not limited to Body Wise's Joint Complete product, or any produce that is merely a colorable variation thereof, during the term of the '289 Patent; and

    b. Nutramax's United States Patent No. 8,753,697 ("the '697 Patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale and/or importing products which are covered by the claim of the '697 Patent, including but not limited to Body Wise's Joint Complete product, or any produce that is merely a colorable variation thereof, during the term of the '697 Patent.

4. Body Wise is ordered to provide an accounting of its revenues and profits earned from the sale of its infringing Joint Complete products;

5. Nutramax is awarded their attorneys' fees in the amount of $ 20,144.50;

6. Nutramax is awarded their costs in the amount of $ 126.26; and

7. No later than March 18, 2019, Body Wise shall provide an accounting of all sales of its Joint Complete product.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____        _____
                                    HONORABLE DAVID O. CARTER
                                    U.S. DISTRICT COURT JUDGE